# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 355
HEALTH AND WELFARE TRUST FUND; BOARD OF
TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355
DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES
OF THE NORTHERN CALIFORNIA/NORTHERN NEVADA
UTILITY JOURNEYMAN AND APPRENTICE TRAINING
TRUST FUND; BOARD OF TRUSTEES OF THE U.A.
LOCAL NO. 355 LABOR-MANAGEMENT COOPERATION
COMMITTEE TRUST FUND; AND U.A. LOCAL NO. 355,
                                    Plaintiffs,
        v.
IMAGE LANDSCAPE, INC., a California corporation,
                                    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08 2122 SC**

TO: (Name and address of defendant)

IMAGE LANDSCAPE, INC.
4800 Amber Lane
Sacramento, CA  95841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lori A. Nord, Esq.
McCARTHY, JOHNSON & MILLER
  LAW CORPORATION
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992

an answer to the complaint which is herewith served upon you, within         days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 24 2008
DATE

Helen L. Almacen

(BY) DEPUTY CLERK