1  McCARTHY, JOHNSON & MILLER
       LAW CORPORATION
2  LORI A. NORD, ESQ., #87993
   DIANE SIDD-CHAMPION, ESQ. #78140
3  595 Market Street, Suite 2200
   San Francisco, CA  94105
4  Telephone:  (415) 882-2992

5  Attorneys for Plaintiffs

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 BOARD OF TRUSTEES OF THE U.A. LOCAL  ) No. CV 08-2122 SC
   NO. 355 HEALTH AND WELFARE TRUST    )
11 FUND; BOARD OF TRUSTEES OF THE U.A.  ) **DECLARATION OF SERVICE**
   LOCAL NOS. 343 AND 355 DEFINED       ) **BY MAIL**
12 CONTRIBUTION PLAN; BOARD OF TRUSTEES )
   OF THE NORTHERN CALIFORNIA/NORTHERN  )
13 NEVADA UTILITY JOURNEYMAN AND        )
   APPRENTICE TRAINING TRUST FUND;      )
14 BOARD OF TRUSTEES OF THE U.A. LOCAL  )
   NO. 355 LABOR-MANAGEMENT COOPERATION )
15 COMMITTEE TRUST FUND; AND U.A. LOCAL )
   NO. 355,                             )
16                                      )
              Plaintiffs,               )
17                                      )
       v.                               )
18                                      )
   IMAGE LANDSCAPE, INC., a California  )
19 corporation,                         )
                                        )
20            Defendant.                )
   _____)
21

22     I am a citizen of the United States and a resident of the State

23 of California.  I am over the age of eighteen years and not a party

24 to the within matter.  My business address is 595 Market Street,

25 Suite 2200, San Francisco, California  94105.

26     I am familiar with the practice of McCarthy, Johnson & Miller

27 Law Corporation for collection and processing of correspondence for

28 mailing with the United States Postal Service.  It is the practice

1  that correspondence is deposited with the United States Postal
2  Service the same day it is submitted for mailing.
3      I served the following documents by placing a true copy of each
4  such document for collection and mailing, in the course of ordinary
5  business practice, with other correspondence of McCarthy, Johnson &
6  Miller Law Corporation, located at 595 Market Street, Suite 2200,
7  San Francisco, California  94105, on the date set forth below,
8  enclosed in a sealed envelope with postage fully prepaid, addressed
9  in the manner set forth immediately below this declaration.
10     Documents served:  Complaint for Money Based on Audit; Summons
11 in a Civil Case; Civil Cover Sheet; Order Setting Initial Case
12 Management Conference and ADR Deadlines; Notice of Availability of
13 Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and
14 Request for Waiver of Service of Summons; Welcome to the U.S.
15 District Court, San Francisco; and ECF Registration Information
16 Handout.
17     I declare under penalty of perjury that the foregoing is true
18 and correct.
19     Dated at San Francisco, California, on May 13, 2008.
20
        By:   /s/ Anna Lee
21              Anna Lee

22 Image Landscape, Inc.
   4800 Amber Lane
23 Sacramento, CA  95841

24
25
26
27
28

that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following documents by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on the date set forth below, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Documents served: Complaint for Money Based on Audit; Summons in a Civil Case; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Welcome to the U.S. District Court, San Francisco; and ECF Registration Information Handout.

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on May 13, 2008.

By: _____
     Anna Lee

Image Landscape, Inc.
4800 Amber Lane
Sacramento, CA 95841