```
 1  McCARTHY, JOHNSON & MILLER
         LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    DIANE SIDD-CHAMPION, ESQ. #78140
 3  595 Market Street, Suite 2200
    San Francisco, CA  94105
 4  Telephone:  (415) 882-2992

 5  Attorneys for Plaintiffs

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10  BOARD OF TRUSTEES OF THE U.A. LOCAL  ) No. CV 08-2122 SC
    NO. 355 HEALTH AND WELFARE TRUST     )
11  FUND; BOARD OF TRUSTEES OF THE U.A.  ) DECLARATION OF SERVICE
    LOCAL NOS. 343 AND 355 DEFINED       ) OF ORIGINAL SUMMONS AND
12  CONTRIBUTION PLAN; BOARD OF TRUSTEES ) COMPLAINT
    OF THE NORTHERN CALIFORNIA/NORTHERN  )
13  NEVADA UTILITY JOURNEYMAN AND        )
    APPRENTICE TRAINING TRUST FUND;      )
14  BOARD OF TRUSTEES OF THE U.A. LOCAL  )
    NO. 355 LABOR-MANAGEMENT COOPERATION )
15  COMMITTEE TRUST FUND; AND U.A. LOCAL )
    NO. 355,                             )
16                                       )
                Plaintiffs,              )
17                                       )
         v.                              )
18                                       )
    IMAGE LANDSCAPE, INC., a California  )
19  corporation,                         )
                                         )
20              Defendant.               )
    _____)
21
```

1  Attached is a Proof of Service signed on May 7, 2008 by Shawn
2  F. Sardia and a Proof of Service By Mail signed by Scott Simons
3  dated May 7, 2008.

1 <u>DECLARATION OF SERVICE BY MAIL</u>

2     I am a citizen of the United States and a resident of the State
3 of California.  I am over the age of eighteen years and not a party
4 to the within matter.  My business address is 595 Market Street,
5 Suite 2200, San Francisco, California  94105.

6     I am familiar with the practice of McCarthy, Johnson & Miller
7 Law Corporation for collection and processing of correspondence for
8 mailing with the United States Postal Service.  It is the practice
9 that correspondence is deposited with the United States Postal
10 Service the same day it is submitted for mailing.

11     I served the following documents by placing a true copy of each
12 such document for collection and mailing, in the course of ordinary
13 business practice, with other correspondence of McCarthy, Johnson &
14 Miller Law Corporation, located at 595 Market Street, Suite 2200,
15 San Francisco, California  94105, on the date set forth below,
16 enclosed in a sealed envelope with postage fully prepaid, addressed
17 in the manner set forth immediately below this declaration.

18     Documents served:

19         Declaration of Service of Original Summons and Complaint

20     I declare under penalty of perjury that the foregoing is true
21 and correct.

22     Dated at San Francisco, California, on May 14, 2008.

23
    By:   /s/ Anna Lee
24         Anna Lee

25 Image Landscape, Inc.
   4800 Amber Lane
26 Sacramento, CA  95841

27

28

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 355
HEALTH AND WELFARE TRUST FUND; BOARD OF
TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355
DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES
OF THE NORTHERN CALIFORNIA/NORTHERN NEVADA
UTILITY JOURNEYMAN AND APPRENTICE TRAINING
TRUST FUND; BOARD OF TRUSTEES OF THE U.A.
LOCAL NO. 355 LABOR-MANAGEMENT COOPERATION
COMMITTEE TRUST FUND; AND U.A. LOCAL NO. 355,
                                    Plaintiffs,
        v.
IMAGE LANDSCAPE, INC., a California corporation,
                                    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 2122 SC

TO: (Name and address of defendant)

IMAGE LANDSCAPE, INC.
4800 Amber Lane
Sacramento, CA  95841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lori A. Nord, Esq.
McCARTHY, JOHNSON & MILLER
  LAW CORPORATION
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_[signature]_
(BY) DEPUTY CLERK

APR 24 2008
DATE _____

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LORI A. NORD, ESQ. (87993)<br>MCCARTHY, JOHNSON & MILLER<br>595 Market Street, Suite 2200<br>San Francisco, California 94105 | (415) 882-2992 | |
| | Ref. No. Or File No.<br>W2495782 | |
| Attorneys for: PLAINTIFF | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BOARD OF TRUSTEES OF HE U.A. LOCAL NO. 355 HEALTH AND WELFARE TRUST FUND, etc., et al.

Defendant:
IMAGE LANDSCAPE, INC., etc.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 08 2122SC |
|---|---|---|---|---|

I, Shawn F. Sardia, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WELCOME TO THE U.S. DISTRICT COURT ; ECF REGISTRATION INFORMATON HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : IMAGE LANDSCAPE, INC., a California Corporation

By Serving : SALVADOR MAGANA, Person in Charge on behalf of BRIAN MASUNAGA - AGENT FOR SERVICE OF PROCESS

Address : 4800 Amber Lane , Sacramento, California 95841
Date & Time : Tuesday, May 6, 2008 @ 3:40 p.m.
Witness fees were : Not applicable.

Person serving:
Shawn F. Sardia
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2008-05
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 7, 2008

Signature: Shawn F Sardia
Shawn F. Sardia


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address)<br>LORI A. NORD, ESQ. (87993)<br>MCCARTHY, JOHNSON & MILLER<br>595 Market Street, Suite 2200<br>San Francisco, California 94105 | Telephone:<br>(415) 882-2992 | FOR COURT USE ONLY |
|---|---|---|
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2495782 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BOARD OF TRUSTEES OF HE U.A. LOCAL NO. 355 HEALTH AND WELFARE TRUST FUND, etc., et al.

Defendant:
IMAGE LANDSCAPE, INC., etc.

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 08 2122SC |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On May 6, 2008, I served the within:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WELCOME TO THE U.S. DISTRICT COURT ; ECF REGISTRATION INFORMATON HANDOUT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

IMAGE LANDSCAPE, INC., a California Corporation
4800 Amber Lane
Sacramento, California 95841

BRIAN MASUNAGA - AGENT FOR SERVICE OF PROCESS

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 7, 2008                    Signature: _____
                                                  Scott Simons

Judicial Council form, rule 982(a) (23)

DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following documents by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on the date set forth below, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Documents served:

Declaration of Service of Original Summons and Complaint

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on May 14, 2008.

By: _____
     Anna Lee

Image Landscape, Inc.
4800 Amber Lane
Sacramento, CA 95841