McCARTHY, JOHNSON & MILLER
    LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 355 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA/NORTHERN NEVADA UTILITY JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 355 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; AND U.A. LOCAL NO. 355,<br><br>        Plaintiffs,<br><br>  v.<br><br>IMAGE LANDSCAPE, INC., a California corporation,<br><br>        Defendant.<br>_____ | No. C 08-2122 SC<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT AND** ~~(PROPOSED)~~ **ORDER**<br><br>Date:  August 1, 2008<br>Place: Crtm. 1, 17th Floor<br>Time: 10 A.M. |

    Pursuant to this Court's order in the above-entitled action, the undersigned hereby certified as follows:

    A.  <u>Service of process and parties not served</u>: There are no additional parties to be served.

    B.  Jurisdiction and venue: This action was originally filed in this court on April 24, 2008.  The defendant was served

with the Summons and Complaint (and other initial notices and orders) on May 7, 2008 (See, Proof of Service filed with the Court on May 14, 2008). The First Amended Complaint was served on July 7, 2008. The defendant has not yet answered the lawsuit. Jurisdiction is based upon the Employee Retirement Income Security Act (hereinafter referred to as "ERISA"), 29 U.S.C. Section 1001, and more specifically Section 1132. Venue is proper under both ERISA and the pertinent collective bargaining agreement.

C. <u>Anticipated motions</u>: If the defendant does not answer the Amended Complaint by July 31, 2008, plaintiffs will request that defendant's default be entered by the Clerk of the Court. If that occurs, plaintiffs will file a motion for default judgement.

D. <u>Anticipated or remaining discovery</u>: Unknown at this time. See C above.

E. <u>Further proceedings, including setting dates for discovery cutoff, pretrial and compliance with local rules 235-7, 235-9, and 235-10</u>: Unknown at this time. See C above.

F. <u>Appropriateness of special procedures</u>: Plaintiffs admit that such procedures are not applicable to this action.

G. <u>Modification of standard pretrial procedures</u>: Not applicable.

H. <u>Prospects for Settlement</u>: Likely not applicable. See C above.

I. <u>Other matters; issues</u>: Since the time for defendant's answer to the Amended Complaint will not expire until July 30, 2008 and plaintiffs may thereafter file a motion for default judgment, plaintiffs request that the August 1, 2008 Case Management Conference be continued to a date on or after September 29, 2008.

1  Dated: July 15, 2008                    Respectfully submitted,
                                           McCARTHY, JOHNSON & MILLER
2                                                LAW CORPORATION

3

4                                          By: /s/ LORI A. NORD
                                               LORI A. NORD
5                                              Attorneys for Plaintiffs

6

7

8
       IT IS SO ORDERED that the August 1, 2008, Case Management
9  Conference is continued to _____ September 19 ___, 2008.
                                                            10:00 A.M.
10

11
   Dated:  _JULY 28, 2008__           _____
12                                    Judge Samuel Conti
                                      United States District Court
13

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

CASE MANAGEMENT CONFERENCE STATEMENT - C 08-2122 SC                    Page 3

## DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94015.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United State Postal Service the same day it is submitted for mailing.

I served the following documents by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on the date set forth below, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Documents served:

1.   CASE MANAGEMENT CONFERENCE STATEMENT AND (PROPOSED) ORDER

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California on July 15, 2008.

By: *Alice Watson*
    Alice Watson

Image Landscape, Inc.
4800 Amber Lane
Sacramento, CA 95841