```
 1  McCARTHY, JOHNSON & MILLER
       LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6

 7

 8
                     UNITED STATES DISTRICT COURT
 9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
    BOARD OF TRUSTEES OF THE U.A. LOCAL  )  No. CV 08 2122 SC
12  NO. 355 HEALTH AND WELFARE TRUST     )
    FUND; BOARD OF TRUSTEES OF THE U.A.  )  DECLARATION OF LORI A. NORD
13  LOCAL NOS. 343 AND 355 DEFINED       )  IN SUPPORT OF REQUEST TO
    CONTRIBUTION PLAN; BOARD OF TRUSTEES )  ENTER DEFAULT
14  OF THE NORTHERN CALIFORNIA/NORTHERN  )
    NEVADA UTILITY JOURNEYMAN AND        )
15  APPRENTICE TRAINING TRUST FUND; AND  )
    BOARD OF TRUSTEES OF THE U.A. LOCAL  )
16  NO. 355 LABOR-MANAGEMENT COOPERATION )
    COMMITTEE TRUST FUND; AND U.A. LOCAL )
17  NO. 355,                             )
                                         )
18            Plaintiffs,                )
                                         )
19       v.                              )
                                         )
20  IMAGE LANDSCAPE, INC., A CALIFORNIA  )
    CORPORATION.                         )
21                                       )
              Defendant.                 )
22
    _____
23

24

25

26

27

28
```

1  I, LORI A. NORD, declare:

2  1.   I am one of the attorneys representing Plaintiffs in the
3  above-entitled action.  I am familiar with all proceedings in this
4  action as well as the facts on which the action is based.

5  2.   The following documents relating to this action have been
6  served on the Defendant: Summons in a Civil Case; Complaint; Notice
7  of Availability of a Magistrate Judge to Exercise Jurisdiction; Order
8  Setting Initial Case Management Conference; Notice of Lawsuit and
9  Request for Waiver of Service of Summons; ECF Registration Informa-
10 tion Handout and Welcome to the U.S. District Court.

11 3.   On May 6, 2008, the Documents were served on Defendant
12 Image Landscape, Inc., pursuant to California Code of Civil Procedure
13 section 415.20, by personally serving a true copy of the Documents on
14 Salvador Magana, Defendant's employee, apparently in charge of the
15 office, at its place of business: 4800 Amber Lane, Sacramento, CA
16 95841, and by mailing a true copy of the Documents by first class
17 mail, postage prepaid to Defendant Image Landscape, Inc., at the same
18 address on May 7, 2008.  Accordingly, pursuant to California Code of
19 Civil Procedure section 415.20, service on Defendant Image Landscape,
20 Inc., was complete on May 17, 2008.

21 4.   On May 14, 2008, the Proof of Service of Original Summons
22 and Complaint was electronically filed with the Court, and served by
23 mail on Defendant.  A true and correct copy of the Proof of Service
24 of Original Summons and Complaint is Document No. 6A in the Court's
25 docket.

26 5.   On July 7, 2008, the First Amended Complaint for Money was
27 filed and served by mail on Defendant.  A true copy of the First

28

1 Amended Complaint, including the Declaration of Service by Mail, is
2 Docket No. 7 in the Court's docket.
3     6. Defendant is not an infant or incompetent person.
4 Defendant is a corporation.
5     7. Under Rule 12(a)(1)(A) of the Federal Rules of Civil
6 Procedure, the time within which Defendant may answer or otherwise
7 move as to the complaint has now expired. The time for the Defendant
8 to answer or otherwise move has not been extended by any stipulation
9 of the parties or by any order of the Court. Defendant has not
10 answered or otherwise moved and the time for Defendant to answer or
11 otherwise move has not been extended.
12     I declare under penalty of perjury that the foregoing is true
13 and correct. Executed on August ____, 2008 at San Francisco,
14 California.
15 Dated: August ____, 2008    By:_____
                                                          LORI A. NORD
16
17
18
19
20
21
22
23
24
25
26
27
28