```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6

 7

 8
                   UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
    BOARD OF TRUSTEES OF THE U.A. LOCAL  ) No.  CV 08 2122 SC
12  NO. 355 HEALTH AND WELFARE TRUST     )
    FUND; BOARD OF TRUSTEES OF THE U.A.  ) REQUEST FOR DEFAULT
13  LOCAL NOS. 343 AND 355 DEFINED       )
    CONTRIBUTION PLAN; BOARD OF TRUSTEES )
14  OF THE NORTHERN CALIFORNIA/NORTHERN  )
    NEVADA UTILITY JOURNEYMAN AND        )
15  APPRENTICE TRAINING TRUST FUND; AND  )
    BOARD OF TRUSTEES OF THE U.A. LOCAL  )
16  NO. 355 LABOR-MANAGEMENT COOPERATION )
    COMMITTEE TRUST FUND; AND U.A. LOCAL )
17  NO. 355,                             )
                                         )
18            Plaintiffs,                )
                                         )
19       v.                              )
                                         )
20  IMAGE LANDSCAPE, INC., A CALIFORNIA  )
    CORPORATION                          )
21                                       )
              Defendant.                 )
22
    _____
23

24

25

26

27

28

    REQUEST TO ENTER DEFAULT                                    Page 1
    Case No. CV 08 2122 SC
```

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA:
3  Plaintiffs hereby respectfully request that you enter the
4  default of the Defendant for failure to plead or otherwise defend as
5  provided by the Federal Rules of Civil Procedure, as appears from the
6  Declaration of Lori A. Nord in Support of Request to Enter Default
7  filed herewith.

Dated: August 4, 2008                McCARTHY, JOHNSON & MILLER
                                           LAW CORPORATION


                                     By: _____
                                         LORI A. NORD
                                         Attorneys for Plaintiffs

<u>DECLARATION OF SERVICE BY MAIL</u>

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on August 4, 2008, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

1. Request for Default
2. Declaration of Lori A. Nord in Support of Request to Enter Default

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on August 4, 2008.

By: *Alice Watson* (signature)
Alice Watson

Image Landscape, Inc.
4800 Amber Lane
Sacramento, CA 95841

DECLARATION OF SERVICE BY MAIL
CASE NO. CV 08 2122 SC