**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   415.522.2000

August 5, 2008

RE:  CV 08-02122 SC        BOARD OF TRUSTEES-v- IMAGE LANDSCAPE INC

Default is entered as to Defendant Image Landscape, Inc. on 08/05/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by Alfred Amistoso
Case Systems Administrator

NDC TR-4  Rev. 3/89