```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE U.A. LOCAL  )  No. CV 08 2122 SC
    NO. 355 HEALTH AND WELFARE TRUST     )
12  FUND; BOARD OF TRUSTEES OF THE U.A.  )  NOTICE OF MOTION AND MOTION
    LOCAL NOS. 343 AND 355 DEFINED       )  FOR DEFAULT JUDGMENT BY
13  CONTRIBUTION PLAN; BOARD OF TRUSTEES )  COURT
    OF THE NORTHERN CALIFORNIA/NORTHERN  )
14  NEVADA UTILITY JOURNEYMAN AND        )  (F.R.C.P. 55 b)(2), L.R.
    APPRENTICE TRAINING TRUST FUND; AND  )  230)
15  BOARD OF TRUSTEES OF THE U.A. LOCAL  )
    NO. 355 LABOR-MANAGEMENT COOPERATION )  Date: October 3, 2008
16  COMMITTEE TRUST FUND,                )  Time: 10:00 a.m.
                                         )  Place: Courtroom 1,
17                 Plaintiffs,           )         17th Floor
                                         )
18       v.                              )
                                         )
19  IMAGE LANDSCAPE, INC.,               )
                                         )
20                 Defendant.            )
                                         )
21  _____)

22

23  To: Defendant Image Landscape, Inc., a California corporation:

24       PLEASE TAKE NOTICE THAT ON September 19, 2008 at 10:00 a.m.,

25  before The Honorable Samuel Conti, in the above Court, Plaintiffs

26  will move the court to enter default judgment in favor of plaintiffs

27  and against the defendant on the ground that default has been

28  entered against defendant for failure to answer or otherwise defend
```

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT                Page 1
Case No. CV 08 - 2122  SC

1 | as to the amended complaint of plaintiffs.

2 | The Plaintiffs' points and authorities in support of this
3 | motion and accompanying declaration are being filed herewith.
4 | Defendant's default was entered on August 5, 2008. The defendant is
5 | not in the military service of the United States, as more particu-
6 | larly shown by the Declaration of Lori A. Nord, filed herewith.

7 | The attorneys' fees and costs incurred by plaintiffs, as
8 | requested in the judgment, are also described in the Declaration of
9 | Lori A. Nord, filed herewith.

11 | Dated August 27, 2008        McCARTHY, JOHNSON & MILLER
                                   LAW CORPORATION

                                   By:       /s/
                                       LORI A. NORD
                                       Attorneys for Plaintiffs

<u>DECLARATION OF SERVICE BY MAIL</u>

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94015.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United State Postal Service the same day it is submitted for mailing.

I served the following documents by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on the date set forth below, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Documents served:

1. NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BY COURT

3. DECLARATION OF LORI A. NORD REGARDING STATEMENT OF AMOUNTS OWED, AND AWARD OF ATTORNEY'S FEES

4. DECLARATION OF TIMOTHY HALLENBECK IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT BY COURT

5. JUDGMENT BY DEFAULT (Proposed)

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California on August 29, 2008.

By: *Alice Watson*
Alice Watson

Image Landscape, Inc.
4800 Amber Lane
Sacramento, CA 95841