```
McCARTHY, JOHNSON & MILLER
    LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:     lnord@mjmlaw.us
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 355 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA/NORTHERN NEVADA UTILITY JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 355 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>             Plaintiffs,<br><br>     v.<br><br>IMAGE LANDSCAPE, INC.,<br><br>             Defendant.<br>_____ | **No. CV 08 2122 SC**<br><br>**DECLARATION OF TIMOTHY HALLENBECK IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BY COURT**<br><br>**(F. R. C. P. 55(b)(2), L.R. 230)**<br><br>**Date: October 3, 2008**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 1**<br>**       17th Floor** |

I, Tim Hallenbeck, declare:

1.   I am a Manager of payroll compliance for Lindquist, LLP which conducts payroll compliance testing of employers for Taft-Hartley pension and health and welfare funds. I have been conducting payroll compliance testing for the plaintiff Trust Funds since September 2003.

DECLARATION OF TIM HALLENBECK IN SUPPORT OF MOTION                                   Page 1
FOR DEFAULT JUDGMENT BY COURT

2. On behalf of the Trust Funds, I supervised testing of Image Landscape, Inc., on September 11, 2006-September 13, 2006 for the time period from January 1, 2004 through August 31, 2006.

3. I sent the preliminary draft of my findings to the employer on January 10, 2007. Upon our receipt of information from the Fund office, Lori A. Nord, and the employer, the findings were put in final draft on July 3, 2007. After the employer discussed these results with the Funds' attorney, I was asked to revise the audit findings a final time to delete employees who were shown by Image not to be covered under the collective bargaining agreement, and thus for whom fringe benefits would not be due.  The deleted employees were employees who weren't performing covered work under the collective bargaining agreement.  On July 1, 2008, I sent the final revised report to Lori A. Nord and on August 25, 2008, to the employer.

4. Attached hereto as Exhibit 1 is a true and correct copy of the final revised report.  The report summarizes the shortage due to the U.A. Local No. 355 Health and Welfare Trust Fund, the U.A. Local No. 343 and 355 Defined Contribution Plan, and other funds on behalf of defendant's employees working under the jurisdiction of defendant's collective bargaining agreement with U.A. Local No. 355. There is $115,059.91 in fringe benefits due these Trusts based upon hours which should have been reported paid to these Trusts on behalf of U.A. Local 355 employees. This Exhibit also shows liquidated damages and interest due.  The liquidated damages were calculated at 10% of the fringe benefit amount.  The interest was calculated at 12% per annum on the schedule of the fringe benefits and liquidated damages from due dates (the 20th of the month following the work month) through December 31, 2006. The total due plaintiffs is

1  $154,535.76, not including additional interest or liquidated damages
2  owed by defendant as a result of filing this lawsuit.
3      5. We calculated the amounts due these Trusts based upon hours
4  which should have been reported paid to these Trusts based upon the
5  hours worked by the covered employees on covered jobs and by
6  converting the payments to subcontractor, Delta Bluegrass into hours
7  by dividing the labor portion of these payments by the hourly
8  journeyman wage then in effect.  The invoices from Delta Bluegrass
9  showed labor amounts for sod work which is covered by U.A. 355's
10 collective bargaining agreement.  Since it is a violation to
11 subcontract covered work under the collective bargaining agreement
12 unless the subcontractor is also signatory to the U. A. 355 agreement
13 and contributes to the Plaintiff Trust Funds, we make this calcula-
14 tion to determine the hours and contributions which should have been
15 reported to the Trust Funds.
16     6.  The reference to U.A. Local 355 Trust Funds on the audit
17 report, refers to the following plaintiff Trust Funds: the U.A. Local
18 No. 355 Health and Welfare Trust Fund, the U.A. Local No. 343 and 355
19 Defined Contribution Plan the Board of Trustees of the Northern
20 California/Northern Nevada utility Journeyman and Apprentice Training
21 Trust Fund and Board of Trustees of the U.A. Local No. 355 Labor-
22 Management Cooperation Committee Trust Fund.  The signatory employers
23 of the Funds, the Trustees of these Funds, and the Fund profession-
24 als, including myself, the Fund Attorneys, and the Fund Administra-
25 tor, commonly lump the formal legal names of the Trusts in this
26 fashion.
27     7.  I have personal knowledge of all of the facts set forth in
28 this declaration.  If sworn as a witness, I could and would

DECLARATION OF TIM HALLENBECK IN SUPPORT OF MOTION                              Page 3
FOR DEFAULT JUDGMENT BY COURT

1  competently testify to all of the foregoing facts.
2      8.  I declare under penalty of perjury under the laws of the
3  State of California that the foregoing is true and correct.
4      Executed on August ____, 2008 in San Ramon, California.
5
6                                      _____
                                       TIM HALLENBECK
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.A. LOCAL 355 TRUST FUNDS
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aguirre, A. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S. / Katherine /10 - Yuba City High School No. 2 | 1 | Sep-04 | 80.00 | 0.00 | 80.00 | $8.77 | $701.60 | $70.16 | $203.24 | $975.00 | $0.00 |
| 10 - Yuba City High School No. 2 | 1 | Oct-04 | 64.00 | 0.00 | 64.00 | 8.77 | 561.28 | 56.13 | 156.30 | 773.71 | 0.00 |
| | | | 144.00 | 0.00 | 144.00 | | 1,262.88 | 126.29 | 359.54 | 1,748.71 | 0.00 |
| | | | | | | | | | | | |
| Alvarado, Jorge G. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S. / Katherine | 1 | Oct-04 | 123.50 | 0.00 | 123.50 | 2.89 | 356.92 | 35.69 | 99.39 | 492.00 | 0.00 |
| 11 - Pleasant Grove H.S. / Katherine | 1 | Nov-04 | 129.00 | 0.00 | 129.00 | 5.84 | 753.36 | 75.34 | 201.61 | 1,030.31 | 0.00 |
| 11 - Pleasant Grove H.S. / Katherine | 1 | Dec-04 | 73.00 | 0.00 | 73.00 | 5.84 | 426.32 | 42.63 | 109.31 | 578.26 | 0.00 |
| 11 - Pleasant Grove H.S. / Katherine | 3 | Nov-05 | 159.50 | 167.50 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| 11 - Pleasant Grove H.S. / Katherine | 3 | Dec-05 | 96.00 | 104.00 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| | | | 581.00 | 271.50 | 309.50 | | 1,536.60 | 153.66 | 410.31 | 2,100.57 | 98.24 |
| | | | | | | | | | | | |
| Aucamar, A. G. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S. / Katherine | 1 | Apr-05 | 24.00 | 0.00 | 24.00 | 8.77 | 210.48 | 21.05 | 44.83 | 276.36 | 0.00 |
| | | | 24.00 | 0.00 | 24.00 | | 210.48 | 21.05 | 44.83 | 276.36 | 0.00 |
| | | | | | | | | | | | |
| Arcoya Jr., J. M. | | | | | | | | | | | |
| 23 - Warren E Thorton Youth Center | 1 | Oct-04 | 96.00 | 0.00 | 96.00 | 8.77 | 841.92 | 84.19 | 234.45 | 1,160.56 | 0.00 |
| 23 - Warren E Thorton Youth Center | 1 | Nov-04 | 58.00 | 0.00 | 58.00 | 8.77 | 508.66 | 50.87 | 136.13 | 695.66 | 0.00 |
| | | | 154.00 | 0.00 | 154.00 | | 1,350.58 | 135.06 | 370.58 | 1,856.22 | 0.00 |
| | | | | | | | | | | | |
| Aroiga-Solis L. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jul-04 | 128.00 | 0.00 | 128.00 | 8.77 | 1,122.56 | 112.26 | 349.94 | 1,584.76 | 0.00 |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S. / Katherine | 1 | Aug-04 | 160.00 | 0.00 | 160.00 | 8.77 | 1,403.20 | 140.32 | 421.70 | 1,965.22 | 0.00 |
| 11 - Pleasant Grove H.S. / Katherine | 1 | Sep-04 | 8.00 | 0.00 | 8.00 | 8.77 | 70.16 | 7.02 | 20.32 | 97.50 | 0.00 |
| | | | 296.00 | 0.00 | 296.00 | | 2,595.92 | 259.60 | 791.96 | 3,647.48 | 0.00 |

Exhibit 1

U.A. LOCAL 355 TRUST FUNDS
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arroyo, M. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Jun-04 | 197.00 | 187.00 | 10.00 | 7.87 | 78.70 | 7.87 | 25.42 | 111.99 | 0.00 |
| 33 - The Courtyards/11 - Pleasant Grove H.S./ Katherine | 2 | Feb-05 | 152.00 | 144.00 | 8.00 | 8.32 | 66.56 | 6.66 | 15.65 | 88.87 | 0.00 |
| 34 - Christopherson - Elk Grove/'35 - Legacy Lane | 2 | Jul-05 | 232.00 | 224.00 | 8.00 | 8.62 | 68.96 | 6.90 | 12.40 | 88.26 | 0.00 |
| 34 - Christopherson - Elk Grove/'35 - Legacy Lane | 3 | Sep-05 | 194.00 | 221.00 | (27.00) | 8.62 | 0.00 | 0.00 | 0.00 | 0.00 | 232.74 |
| 39 - VA Hospital Dialysis Clinic/47 - Health Professionals High Scho | 2 | May-06 | 208.50 | 172.50 | 36.00 | 8.62 | 310.32 | 31.03 | 21.66 | 363.01 | 0.00 |
| | | | 983.50 | 948.50 | 35.00 | | 524.54 | 52.46 | 75.13 | 652.13 | 232.74 |
| | | | | | | | | | | | |
| Ayala, M. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jun-04 | 8.00 | 0.00 | 8.00 | 8.32 | 66.56 | 6.66 | 21.50 | 94.72 | 0.00 |
| | | | 8.00 | 0.00 | 8.00 | | 66.56 | 6.66 | 21.50 | 94.72 | 0.00 |
| | | | | | | | | | | | |
| Calderon, A. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jul-04 | 152.00 | 0.00 | 152.00 | 8.77 | 1,333.04 | 133.30 | 415.56 | 1,881.90 | 0.00 |
| 10 - Yuba City High School No. 2 | 1 | Aug-04 | 145.50 | 0.00 | 145.50 | 8.77 | 1,276.04 | 127.60 | 383.48 | 1,787.12 | 0.00 |
| | | | 297.50 | 0.00 | 297.50 | | 2,609.08 | 260.90 | 799.04 | 3,669.02 | 0.00 |
| | | | | | | | | | | | |
| Camacho, R. R. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jul-04 | 16.00 | 0.00 | 16.00 | 8.77 | 140.32 | 14.03 | 43.74 | 198.09 | 0.00 |
| | | | 16.00 | 0.00 | 16.00 | | 140.32 | 14.03 | 43.74 | 198.09 | 0.00 |
| | | | | | | | | | | | |
| Casteneda, J. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jul-04 | 88.00 | 0.00 | 88.00 | 8.77 | 771.76 | 77.18 | 240.59 | 1,089.53 | 0.00 |
| 10 - Yuba City High School No. 2 | 1 | Aug-04 | 145.50 | 0.00 | 145.50 | 8.77 | 1,276.04 | 127.60 | 383.48 | 1,787.12 | 0.00 |
| | | | 233.50 | 0.00 | 233.50 | | 2,047.80 | 204.78 | 624.07 | 2,876.65 | 0.00 |
| | | | | | | | | | | | |
| Cervantes G Francisco De, J. | | | | | | | | | | | |
| 39 - VA Hospital Dialysis Clinic | 1 | Dec-05 | 40.00 | 0.00 | 40.00 | 9.07 | 362.80 | 36.28 | 45.13 | 444.21 | 0.00 |
| | | | 40.00 | 0.00 | 40.00 | | 362.80 | 36.28 | 45.13 | 444.21 | 0.00 |

U.A. LOCAL 355 TRUST FUNDS
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cisneros, I. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 2 | Jun-04 | 232.00 | 177.00 | 55.00 | 8.32 | 457.60 | 45.76 | 147.78 | 651.14 | 0.00 |
| 10 - Yuba City High School No. 2 | 3 | Oct-04 | 216.00 | 223.00 | (7.00) | 8.77 | 0.00 | 0.00 | 0.00 | 0.00 | 61.39 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Feb-05 | 81.00 | 65.00 | 16.00 | 8.77 | 140.32 | 14.03 | 32.98 | 187.33 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine/17 - Backyard Landscapes.com | 2 | Sep-05 | 274.00 | 235.00 | 39.00 | 9.07 | 353.73 | 35.37 | 55.77 | 444.87 | 0.00 |
| 39 - VA Hospital Dialysis Clinic/43 - Grizzly Hollow Phase III/47 - Health Professionals High Scho/45 - Chabolla Community Center Exp | 2 | May-06 | 149.00 | 122.00 | 27.00 | 9.07 | 244.89 | 24.49 | 17.09 | 286.47 | 0.00 |
| | | | 952.00 | 822.00 | 130.00 | | 1,196.54 | 119.65 | 253.62 | 1,569.81 | 61.39 |
| Cruz, M. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S./ Katherine | 2 | Jun-04 | 217.00 | 169.00 | 48.00 | 5.54 | 265.92 | 26.59 | 85.88 | 378.39 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | 227.50 | 211.50 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| 52 - Cosumnes Oaks H.S./ Elizabeth/30 - Woodcreek Oaks/58 - Woodland Community Center/47 - Health Professionals High Scho/"44 -- CSU Parking Structure 3 | 3 | Nov-05 | 169.00 | 185.00 | (16.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 98.24 |
| | 2 | May-06 | 152.00 | 104.00 | 48.00 | 6.14 | 294.72 | 29.47 | 20.57 | 344.76 | 0.00 |
| | | | 765.50 | 669.50 | 96.00 | | 658.88 | 65.88 | 121.94 | 846.70 | 98.24 |
| Cruz-Mendoza, B. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 2 | Jan-04 | 53.50 | 42.50 | 11.00 | 8.32 | 91.52 | 9.15 | 34.55 | 135.22 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Jul-05 | 245.50 | 237.50 | 8.00 | 9.07 | 72.56 | 7.26 | 13.04 | 92.86 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | 238.00 | 206.00 | 32.00 | 9.07 | 290.24 | 29.02 | 45.76 | 365.02 | 0.00 |
| 38 - Woodland Community Center/47 - Health Professionals High Scho/"44 - CSU Parking Structure 3/56 - Sunrise Assisted Living | 2 | May-06 | 189.00 | 153.00 | 36.00 | 9.07 | 326.52 | 32.65 | 22.79 | 381.96 | 0.00 |
| | | | 726.00 | 639.00 | 87.00 | | 780.84 | 78.08 | 116.14 | 975.06 | 0.00 |

**U.A. LOCAL 355 TRUST FUNDS**
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Figueroa, S.M. 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S./ Katherine/2A - Mather | 2 | Jun-04 | 243.00 | 189.00 | 54.00 | 5.54 | 299.16 | 29.92 | 96.61 | 425.69 | 0.00 |
| | | | 243.00 | 189.00 | 54.00 | | 299.16 | 29.92 | 96.61 | 425.69 | 0.00 |
| Flores, F.A. 11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | 224.00 | 200.00 | 24.00 | 6.14 | 147.36 | 14.74 | 23.24 | 185.34 | 0.00 |
| | | | 224.00 | 200.00 | 24.00 | | 147.36 | 14.74 | 23.24 | 185.34 | 0.00 |
| Garcia-Barrera, F. 11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | 215.00 | 199.00 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| 43 - Grizzly Hollow Phase III/39 - VA Hospital Dialysis Clinic | 2 | May-06 | 144.00 | 112.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 359.00 | 311.00 | 48.00 | | 294.72 | 29.47 | 29.20 | 353.39 | 0.00 |
| Garcia-Barrera, R. 11 - Pleasant Grove H.S./ Katherine/44 - CSU Parking Structure 3 | 2 | Sep-05 | 223.00 | 207.00 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| 47 - Health Professionals High Scho/56 - Sunrise Assisted Living/38 - Woodland Community Center/44 - CSU Parking Structure 3 | 2 | May-06 | 157.00 | 141.00 | 16.00 | 6.14 | 98.24 | 9.82 | 6.86 | 114.92 | 0.00 |
| 47 - Health Professionals High Scho/56 - Sunrise Assisted Living | 2 | Jun-06 | 156.00 | 140.00 | 16.00 | 6.14 | 98.24 | 9.82 | 5.79 | 113.85 | 0.00 |
| | | | 536.00 | 488.00 | 48.00 | | 294.72 | 29.46 | 28.14 | 352.32 | 0.00 |
| Garcia-Rodriguez, R. 11 - Pleasant Grove H.S./ Katherine/44 - CSU Parking Structure 3 | 2 | Sep-05 | 223.00 | 207.00 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| | | | 223.00 | 207.00 | 16.00 | | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |

U.A. LOCAL 355 TRUST FUNDS
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gomez, F. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S./ Katherine | 1 | Jun-04 | 121.00 | 0.00 | 121.00 | 5.54 | 670.34 | 67.03 | 216.48 | 953.85 | 0.00 |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S./ Katherine | 1 | Jul-04 | 184.00 | 0.00 | 184.00 | 5.84 | 1,074.56 | 107.46 | 334.98 | 1,517.00 | 0.00 |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S./ Katherine | 1 | Aug-04 | 172.00 | 0.00 | 172.00 | 5.84 | 1,004.48 | 100.45 | 301.87 | 1,406.80 | 0.00 |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S./ Katherine | 1 | Sep-04 | 100.50 | 0.00 | 100.50 | 5.84 | 586.92 | 58.69 | 170.02 | 815.63 | 0.00 |
| Pleasant Grove H.S./ Katherine | 2 | Jun-05 | 174.00 | 166.00 | 8.00 | 5.84 | 46.72 | 4.67 | 8.92 | 60.31 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Jul-05 | 248.00 | 240.00 | 8.00 | 6.14 | 49.12 | 4.91 | 8.83 | 62.86 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | 235.50 | 219.50 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 3 | Dec-05 | 133.50 | 141.50 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| 47 - Health Professionals High Scho/39 - VA Hospital Dialysis Clinic/52 - Cosumnes Oaks H.S./ Elizabeth/38 - Woodland Community Center | 2 | May-06 | 145.00 | 113.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 1,513.50 | 880.00 | 633.50 | | 3,726.86 | 372.68 | 1,070.30 | 5,169.84 | 49.12 |
| Gonzalez, C. J. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine/44 - CSU Parking Structure 3 | 2 | Sep-05 | 227.00 | 211.00 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| 45 - Chabolla Community Center Exp/43 - Grizzly Hollow Phase III/39 - VA Hospital Dialysis Clinic/47 - Health Professionals High School | 2 | May-06 | 136.00 | 104.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 363.00 | 315.00 | 48.00 | | 294.72 | 29.47 | 29.20 | 353.39 | 0.00 |
| Gonzalez, E. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jun-04 | 200.00 | 0.00 | 200.00 | 5.54 | 1,108.00 | 110.80 | 357.83 | 1,576.63 | 0.00 |
| 10 - Yuba City High School No. 2 | 3 | Sep-04 | 209.00 | 249.00 | (40.00) | 5.84 | 0.00 | 0.00 | 0.00 | 0.00 | 233.60 |
| 10 - Yuba City High School No. 2/35 - Legacy Lane/11 - Pleasant Grove H.S./ Katherine | 2 | Jul-05 | 251.00 | 243.00 | 8.00 | 6.14 | 49.12 | 4.91 | 8.83 | 62.86 | 0.00 |
| 47 - Health Professionals High Scho/55 - Elementary School # 42 | 2 | May-06 | 82.00 | 48.00 | 34.00 | 6.14 | 208.76 | 20.88 | 14.57 | 244.21 | 0.00 |
| | | | 742.00 | 540.00 | 202.00 | | 1,365.88 | 136.59 | 381.23 | 1,883.70 | 233.60 |

**U.A. LOCAL 355 TRUST FUNDS**
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gonzalez, R. | | | | | | | | | | | |
| 23 - Warren B Thorton Youth Center | 1 | Sep-04 | 120.00 | 0.00 | 120.00 | 5.84 | 700.80 | 70.08 | 203.01 | 973.89 | 0.00 |
| 23 - Warren B Thorton Youth Center | 1 | Oct-04 | 204.00 | 0.00 | 204.00 | 5.84 | 1,191.36 | 119.14 | 331.75 | 1,642.25 | 0.00 |
| 23 - Warren B Thorton Youth Center | 1 | Nov-04 | 82.00 | 0.00 | 82.00 | 5.84 | 478.88 | 47.89 | 128.16 | 654.93 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Nov-04 | 64.00 | 0.00 | 64.00 | 5.84 | 373.76 | 37.38 | 100.03 | 511.17 | 0.00 |
| 23 - Warren B Thorton Youth Center | 1 | Dec-04 | 73.00 | 0.00 | 73.00 | 5.84 | 426.32 | 42.63 | 109.31 | 578.26 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Sep-05 | 224.00 | 200.00 | 24.00 | 6.14 | 147.36 | 14.74 | 23.24 | 185.34 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine | 3 | Nov-05 | 151.50 | 159.50 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| 11 - Pleasant Grove H.S./ Katherine | 3 | Dec-05 | 99.50 | 107.00 | (7.50) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 46.05 |
| | | | 1,018.00 | 466.50 | 551.50 | | 3,318.48 | 331.86 | 895.50 | 4,545.84 | 95.17 |
| Guerrera, N. | | | | | | | | | | | |
| 39 - VA Hospital Dialysis Clinic/43 - Grizzly Hollow Phase III/45 - Chabolla Community Center Exp | 2 | May-06 | 96.00 | 0.00 | 96.00 | 6.14 | 589.44 | 58.94 | 41.14 | 689.52 | 0.00 |
| | | | 96.00 | 0.00 | 96.00 | | 589.44 | 58.94 | 41.14 | 689.52 | 0.00 |
| Guerrero, I. M. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Mar-05 | 16.00 | 0.00 | 16.00 | 5.84 | 93.44 | 9.34 | 20.92 | 123.70 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | 199.00 | 191.00 | 8.00 | 6.14 | 49.12 | 4.91 | 7.74 | 61.77 | 0.00 |
| 45 - Chabolla Community Center Exp/52 - Cosumnes Oaks H.S./ Elizabeth/59 - 12th & 16th St/47 - Health Professionals High Schol/43 - Grizzly Hollow Phase III | 3 | Aug-06 | 168.00 | 208.00 | (40.00) | 6.24 | 0.00 | 0.00 | 0.00 | 0.00 | 249.60 |
| | | | 383.00 | 399.00 | (16.00) | | 142.56 | 14.25 | 28.66 | 185.47 | 249.60 |
| Guerrero, R. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Mar-05 | 16.00 | 0.00 | 16.00 | 5.84 | 93.44 | 9.34 | 20.92 | 123.70 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Apr-05 | 16.00 | 0.00 | 16.00 | 5.84 | 93.44 | 9.34 | 19.90 | 122.68 | 0.00 |
| 35 - Legacy Lane/51 - Pacific Street Phase IV Improv/47 - Health Professionals High Scho | 2 | May-06 | 144.00 | 112.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 176.00 | 112.00 | 64.00 | | 383.36 | 38.33 | 54.53 | 476.22 | 0.00 |

**U.A. LOCAL 355 TRUST FUNDS**
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Haro, R. 10 - Yuba City High School No. 2 | 1 | May-04 | 40.00 | 0.00 | 40.00 | 8.32 | 332.80 | 33.28 | 111.09 | 477.17 | 0.00 |
| | | | 40.00 | 0.00 | 40.00 | | 332.80 | 33.28 | 111.09 | 477.17 | 0.00 |
| Harvey, L.A. | | | | | | | | | | | |
| 23 - Warren E Thorton Youth Center | 1 | Sep-04 | 43.50 | 0.00 | 43.50 | 8.77 | 381.50 | 38.15 | 110.51 | 530.16 | 0.00 |
| 23 - Warren E Thorton Youth Center | 1 | Oct-04 | 75.00 | 0.00 | 75.00 | 8.77 | 657.75 | 65.78 | 183.16 | 906.69 | 0.00 |
| | | | 118.50 | 0.00 | 118.50 | | 1,039.25 | 103.93 | 293.67 | 1,436.85 | 0.00 |
| Hernandez, D.G. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 2 | Jun-04 | 200.00 | 160.00 | 40.00 | 5.54 | 221.60 | 22.16 | 71.57 | 315.33 | 0.00 |
| 10 - Yuba City High School No. 2/28 - El Dorado Fire Station #85 | 3 | Oct-04 | 185.00 | 193.00 | (8.00) | 5.84 | 0.00 | 0.00 | 0.00 | 0.00 | 46.72 |
| | 2 | Sep-05 | 223.00 | 199.00 | 24.00 | 6.14 | 147.36 | 14.74 | 23.24 | 185.34 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | May-06 | 176.00 | 144.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| 39 - VA Hospital Dialysis Clinic/47 - Health Professionals High Scho | | | | | | | | | | | |
| | | | 784.00 | 696.00 | 88.00 | | 565.44 | 56.55 | 108.52 | 730.51 | 46.72 |
| Hernandez, J. G. 11 - Pleasant Grove H.S./ Katherine | 1 | Mar-05 | 24.00 | 0.00 | 24.00 | 8.77 | 210.48 | 21.05 | 47.12 | 278.65 | 0.00 |
| | | | 24.00 | 0.00 | 24.00 | | 210.48 | 21.05 | 47.12 | 278.65 | 0.00 |
| Hernandez, R-G 11 - Pleasant Grove H.S./ Katherine | 1 | Mar-05 | 24.00 | 0.00 | 24.00 | 5.84 | 140.16 | 14.02 | 31.38 | 185.56 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Feb-06 | 128.00 | 102.00 | 26.00 | 6.14 | 159.64 | 15.96 | 16.45 | 192.05 | 0.00 |
| | | | 152.00 | 102.00 | 50.00 | | 299.80 | 29.98 | 47.83 | 377.61 | 0.00 |
| Jimenez, D. 39 - VA Hospital Dialysis Clinic/47 - Health Professionals High Scho | 2 | May-06 | 193.00 | 161.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 193.00 | 161.00 | 32.00 | | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |

U.A. LOCAL 355 TRUST FUNDS
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jimenez, M. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S. / Katherine | 2 | Jun-04 | 176.00 | 160.00 | 16.00 | 5.54 | 88.64 | 8.86 | 28.62 | 126.12 | 0.00 |
| 11 - Pleasant Grove H.S. / Katherine | 3 | May-05 | 140.50 | 172.50 | (32.00) | 5.84 | 0.00 | 0.00 | 0.00 | 0.00 | 186.88 |
| 11 - Pleasant Grove H.S. / Katherine | 2 | Jun-05 | 174.00 | 166.00 | 8.00 | 5.84 | 46.72 | 4.67 | 8.92 | 60.31 | 0.00 |
| 11 - Pleasant Grove H.S. / Katherine | 2 | Aug-05 | 197.00 | 187.00 | 10.00 | 6.14 | 61.40 | 6.14 | 10.35 | 77.89 | 0.00 |
| 11 - Pleasant Grove H.S. / Katherine | 2 | Sep-05 | 245.50 | 239.50 | 6.00 | 6.14 | 36.84 | 3.68 | 5.81 | 46.33 | 0.00 |
| 43 - Grizzly Hollow Phase III/"39 - VA Hospital Dialysis Clinic/47 - Health Professionals High School/45 - Chabolla Community Center Exp | 2 | May-06 | 136.00 | 104.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 1,069.00 | 1,029.00 | 40.00 | | 430.08 | 43.00 | 67.41 | 540.49 | 186.88 |
| Jimenez-Garcia, J. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S. / Katherine | 3 | Jun-05 | 8.00 | 56.00 | (48.00) | 5.84 | 0.00 | 0.00 | 0.00 | 0.00 | 280.32 |
| 11 - Pleasant Grove H.S. / Katherine/17 - Backyard Landscapes.com | 2 | Sep-05 | 199.00 | 183.00 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| | | | 207.00 | 239.00 | (32.00) | | 98.24 | 9.82 | 15.49 | 123.55 | 280.32 |
| Ledezma, A. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Sep-04 | 176.00 | 0.00 | 176.00 | 8.77 | 1,543.52 | 154.35 | 447.12 | 2,144.99 | 0.00 |
| 10 - Yuba City High School No. 2 | 1 | Oct-04 | 128.00 | 0.00 | 128.00 | 8.77 | 1,122.56 | 112.26 | 312.60 | 1,547.42 | 0.00 |
| | | | 304.00 | 0.00 | 304.00 | | 2,666.08 | 266.61 | 759.72 | 3,692.41 | 0.00 |
| Licea, O. T. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S. / Katherine | 1 | Apr-05 | 16.00 | 0.00 | 16.00 | 8.77 | 140.32 | 14.03 | 29.89 | 184.24 | 0.00 |
| | | | 16.00 | 0.00 | 16.00 | | 140.32 | 14.03 | 29.89 | 184.24 | 0.00 |
| Magana, F. | | | | | | | | | | | |
| 13 - Work Tickets | 1 | May-04 | 133.50 | 0.00 | 133.50 | 8.77 | 1,170.80 | 117.08 | 390.81 | 1,678.69 | 0.00 |
| 13 - Work Tickets | 1 | Jun-04 | 209.00 | 0.00 | 209.00 | 8.77 | 1,832.93 | 183.29 | 591.94 | 2,608.16 | 0.00 |
| 13 - Work Tickets | 1 | Jul-04 | 158.00 | 0.00 | 158.00 | 8.77 | 1,385.66 | 138.57 | 431.96 | 1,956.19 | 0.00 |
| | | | 500.50 | 0.00 | 500.50 | | 4,389.39 | 438.94 | 1,414.71 | 6,243.04 | 0.00 |

**U.A. LOCAL 355 TRUST FUNDS**
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Magana, S. | | | | | | | | | | | |
| 13 - Work Tickets | 2 | Jun-04 | 217.50 | 171.00 | 46.50 | 7.87 | 365.96 | 36.60 | 118.19 | 520.75 | 0.00 |
| 13 - Work Tickets | 2 | Jul-05 | 240.50 | 232.50 | 8.00 | 8.62 | 68.96 | 6.90 | 12.40 | 88.26 | 0.00 |
| | | | 458.00 | 403.50 | 54.50 | | 434.92 | 43.50 | 130.59 | 609.01 | 0.00 |
| Martinez-Gomez, A. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine/44 - CSU Parking Structure 3 | 2 | Sep-05 | 235.50 | 219.50 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| 47 - Health Professionals High Schoo/52 - Cosumnes Oaks H.S./ Elizabeth/55 - Elementary School # 42/39 - VA Hospital Dialysis Clinic/38 - Woodland Community Center | 2 | May-06 | 145.00 | 113.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 380.50 | 332.50 | 48.00 | | 294.72 | 29.47 | 29.20 | 353.39 | 0.00 |
| Mendoza, D.C. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 2 | Jun-04 | 200.00 | 152.00 | 48.00 | 5.54 | 265.92 | 26.59 | 85.88 | 378.39 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine/17 - Backyard Landscapes.com | 2 | Sep-05 | 223.00 | 199.00 | 24.00 | 6.14 | 147.36 | 14.74 | 23.24 | 185.34 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 3 | Dec-05 | 112.00 | 120.00 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| 39 - VA Hospital Dialysis Clinic/43 - Grizzly Hollow Phase III/17 - Backyard Landscapes.com/45 - Chabolla Community Center Exp | 2 | May-06 | 144.00 | 112.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 679.00 | 583.00 | 96.00 | | 609.76 | 60.98 | 122.83 | 793.57 | 49.12 |

**U.A. LOCAL 355 TRUST FUNDS**
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mendoza, N. G. | | | | | | | | | | | |
| 12 - Animal Shelter/10 - Yuba City High School No. 2 | 1 | Apr-04 | 224.00 | 0.00 | 224.00 | 5.54 | 1,240.96 | 124.10 | 428.14 | 1,793.20 | 0.00 |
| 10 - Yuba City High School No. 2 | 1 | May-04 | 137.50 | 0.00 | 137.50 | 5.54 | 761.75 | 76.18 | 254.27 | 1,092.20 | 0.00 |
| 10 - Yuba City High School No. 2 | 2 | Jun-04 | 216.00 | 160.00 | 56.00 | 5.54 | 310.24 | 31.02 | 100.19 | 441.45 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 3 | Sep-04 | 124.50 | 138.50 | (14.00) | 5.84 | 0.00 | 0.00 | 0.00 | 0.00 | 81.76 |
| 10 - Yuba City High School No. 2/28 - El Dorado Fire Station #85 | 2 | Oct-04 | 201.00 | 184.00 | 17.00 | 5.84 | 99.28 | 9.93 | 27.65 | 136.86 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 3 | Nov-04 | 130.00 | 139.00 | (9.00) | 5.84 | 0.00 | 0.00 | 0.00 | 0.00 | 52.56 |
| 11 - Pleasant Grove H.S./ Katherine/17 - Backyard Landscapes.com | 2 | Sep-05 | 215.00 | 199.00 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Oct-05 | 165.00 | 160.50 | 4.50 | 6.14 | 27.63 | 2.76 | 4.05 | 34.44 | 0.00 |
| | | | 1,413.00 | 981.00 | 432.00 | | 2,538.10 | 253.81 | 829.79 | 3,621.70 | 134.32 |
| Mendoza, M.S. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Nov-04 | 48.00 | 0.00 | 48.00 | 5.84 | 280.32 | 28.03 | 75.02 | 383.37 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Dec-04 | 56.00 | 0.00 | 56.00 | 5.84 | 327.04 | 32.70 | 83.85 | 443.59 | 0.00 |
| | | | 104.00 | 0.00 | 104.00 | | 607.36 | 60.73 | 158.87 | 826.96 | 0.00 |
| Nolasco, L. | | | | | | | | | | | |
| 23 - Warren E Thorton Youth Center | 1 | Sep-04 | 30.50 | 0.00 | 30.50 | 8.77 | 267.49 | 26.75 | 77.49 | 371.73 | 0.00 |
| 23 - Warren E Thorton Youth Center | 1 | Oct-04 | 199.00 | 0.00 | 199.00 | 8.77 | 1,745.23 | 174.52 | 485.99 | 2,405.74 | 0.00 |
| 23 - Warren E Thorton Youth Center | 1 | Nov-04 | 40.00 | 0.00 | 40.00 | 8.77 | 350.80 | 35.08 | 93.88 | 479.76 | 0.00 |
| | | | 269.50 | 0.00 | 269.50 | | 2,363.52 | 236.35 | 657.36 | 3,257.23 | 0.00 |
| Nunez, F. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | May-04 | 6.00 | 0.00 | 6.00 | 8.32 | 49.92 | 4.99 | 16.66 | 71.57 | 0.00 |
| | | | 6.00 | 0.00 | 6.00 | | 49.92 | 4.99 | 16.66 | 71.57 | 0.00 |
| Olquin, A.B. | | | | | | | | | | | |
| 23 - Warren E Thorton Youth Center | 5 | Sep-04 | 8.00 | 0.00 | 8.00 | 3.52 | 28.16 | 2.82 | 8.16 | 39.14 | 0.00 |
| | | | 8.00 | 0.00 | 8.00 | | 28.16 | 2.82 | 8.16 | 39.14 | 0.00 |

U.A. LOCAL 355 TRUST FUNDS
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ortiz, D. C. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 2 | Jan-04 | 48.00 | 0.00 | 48.00 | 5.54 | 265.92 | 26.59 | 100.40 | 392.91 | 0.00 |
| 10 - Yuba City High School No. 2 | 2 | Jun-04 | 208.00 | 152.00 | 56.00 | 5.54 | 310.24 | 31.02 | 100.19 | 441.45 | 0.00 |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S./ Katherine | 2 | Aug-04 | 168.00 | 160.00 | 8.00 | 5.84 | 46.72 | 4.67 | 14.04 | 65.43 | 0.00 |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | 215.00 | 199.00 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| | | | 639.00 | 511.00 | 128.00 | | 721.12 | 72.10 | 230.12 | 1,023.34 | 0.00 |
| Ortiz-Munoz, R. (Hired 12/14/2004) | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Feb-05 | 26.00 | 0.00 | 26.00 | 5.84 | 151.84 | 15.18 | 35.69 | 202.71 | 0.00 |
| 34 - Christopherson - Elk Grove/35 - Legacy Lane | 1 | Jun-05 | 45.00 | 0.00 | 45.00 | 5.84 | 262.80 | 26.28 | 50.18 | 339.26 | 0.00 |
| 34 - Christopherson - Elk Grove/35 - Legacy Lane | 1 | Jul-05 | 234.00 | 0.00 | 234.00 | 6.14 | 1,436.76 | 143.68 | 258.24 | 1,838.68 | 0.00 |
| 34 - Christopherson - Elk Grove/35 - Legacy Lane | 1 | Aug-05 | 181.00 | 0.00 | 181.00 | 6.14 | 1,111.34 | 111.13 | 187.29 | 1,409.76 | 0.00 |
| Ortiz-Munoz, R. (Cont.) '34 - Christopherson - Elk Grove/35 - Legacy Lane | 1 | Sep-05 | 205.00 | 0.00 | 205.00 | 6.14 | 1,258.70 | 125.87 | 198.47 | 1,583.04 | 0.00 |
| 39 - VA Hospital Dialysis Clinic/47 - Health Professionals High Soho | 2 | May-06 | 214.50 | 178.50 | 36.00 | 6.14 | 221.04 | 22.10 | 15.43 | 258.57 | 0.00 |
| | | | 905.50 | 178.50 | 727.00 | | 4,442.48 | 444.24 | 745.30 | 5,632.02 | 0.00 |
| Paranguco, A. G. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | 215.00 | 199.00 | 16.00 | 6.14 | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |
| | | | 215.00 | 199.00 | 16.00 | | 98.24 | 9.82 | 15.49 | 123.55 | 0.00 |

**U.A. LOCAL 355 TRUST FUNDS**
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pina, J. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine/10 - Yuba City High School No. 2 | 1 | Jul-04 | 177.00 | 0.00 | 177.00 | 5.84 | 1,033.68 | 103.37 | 322.24 | 1,459.29 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine/10 - Yuba City High School No. 2 | 1 | Aug-04 | 180.00 | 0.00 | 180.00 | 5.84 | 1,051.20 | 105.12 | 315.91 | 1,472.23 | 0.00 |
| 27 - Wheatland/11 - Pleasant Grove H.S./ Katherine | 1 | Sep-04 | 141.00 | 0.00 | 141.00 | 5.84 | 823.44 | 82.34 | 238.53 | 1,144.31 | 0.00 |
| 27 - Wheatland/28 - El Dorado Fire Station #85 | 1 | Oct-04 | 194.00 | 0.00 | 194.00 | 5.84 | 1,132.96 | 113.30 | 315.49 | 1,561.75 | 0.00 |
| 28 - El Dorado Fire Station #85/25 - Whitney Oaks | 1 | Nov-04 | 139.00 | 0.00 | 139.00 | 5.84 | 811.76 | 81.18 | 217.24 | 1,110.18 | 0.00 |
| | 1 | Dec-04 | 103.50 | 0.00 | 103.50 | 5.84 | 604.44 | 60.44 | 154.98 | 819.86 | 0.00 |
| 3 - The Avenues @ Westlake Village | 2 | Apr-05 | 203.00 | 168.00 | 35.00 | 5.84 | 204.40 | 20.44 | 43.54 | 268.38 | 0.00 |
| 35 - Legacy Lane/34 - Christopherson Elk Grove | 2 | Jul-05 | 209.50 | 201.50 | 8.00 | 6.14 | 49.12 | 4.91 | 8.83 | 62.86 | 0.00 |
| 35 - Legacy Lane/34 - Christopherson Elk Grove | | | | | | | | | | | |
| Pina, J. (Cont.) | | | | | | | | | | | |
| '35 - Legacy Lane/34 - Christopherson - Elk Grove | 2 | Sep-05 | 209.00 | 201.00 | 8.00 | 6.14 | 49.12 | 4.91 | 7.74 | 61.77 | 0.00 |
| 39 - VA Hospital Dialysis Clinic/47 - Health Professionals High Scho | 2 | May-06 | 176.00 | 144.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 1,732.00 | 714.50 | 1017.50 | | 5,956.60 | 595.66 | 1,638.21 | 8,190.47 | 0.00 |
| Ramirez, R. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | May-04 | 5.00 | 0.00 | 5.00 | 8.32 | 41.60 | 4.16 | 13.89 | 59.65 | 0.00 |
| | | | 5.00 | 0.00 | 5.00 | | 41.60 | 4.16 | 13.89 | 59.65 | 0.00 |
| Rodriguez, Jesus | | | | | | | | | | | |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Aug-04 | 20.00 | 0.00 | 20.00 | 5.84 | 116.80 | 11.68 | 35.10 | 163.58 | 0.00 |
| 33 - The Courtyards | 2 | Mar-05 | 32.00 | 0.00 | 32.00 | 5.84 | 186.88 | 18.69 | 41.83 | 247.40 | 0.00 |
| | | | 52.00 | 0.00 | 52.00 | | 303.68 | 30.37 | 76.93 | 410.98 | 0.00 |

U.A. LOCAL 355 TRUST FUNDS
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rodriguez, J.L. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S. / Katherine | 2 | Aug-05 | 112.00 | 143.00 | (31.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 190.34 |
| 11 - Pleasant Grove H.S. / Katherine | 2 | Sep-05 | 199.00 | 191.00 | 8.00 | 6.14 | 49.12 | 4.91 | 7.74 | 61.77 | 0.00 |
| | | | 311.00 | 334.00 | (23.00) | | 49.12 | 4.91 | 7.74 | 61.77 | 190.34 |
| Rodriguez, P. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S. / Katherine | 2 | Sep-05 | 88.00 | 80.00 | 8.00 | 6.14 | 49.12 | 4.91 | 7.74 | 61.77 | 0.00 |
| 11 - Pleasant Grove H.S. / Katherine | 3 | Nov-05 | 169.50 | 177.50 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| 11 - Pleasant Grove H.S. / Katherine | 3 | Jan-06 | 132.00 | 140.00 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| 11 - Pleasant Grove H.S. / Katherine | 3 | Feb-06 | 88.00 | 96.00 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| | | | 477.50 | 493.50 | (16.00) | | 49.12 | 4.91 | 7.74 | 61.77 | 147.36 |
| Solano, H. | | | | | | | | | | | |
| 11 - Pleasant Grove H.S. / Katherine 10 - Yuba City High School No. 2/28 - El Dorado Fire Station #85/23 - Warren | 1 | Apr-05 | 24.00 | 0.00 | 24.00 | 8.77 | 210.48 | 21.05 | 44.83 | 276.36 | 0.00 |
| B Thorton Youth Center | 1 | May-05 | 122.50 | 0.00 | 122.50 | 8.77 | 1,074.33 | 107.43 | 216.80 | 1,398.56 | 0.00 |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S. / Katherine | 1 | Jun-05 | 32.00 | 0.00 | 32.00 | 8.77 | 280.64 | 28.06 | 53.59 | 362.29 | 0.00 |
| | | | 178.50 | 0.00 | 178.50 | | 1,565.45 | 156.54 | 315.22 | 2,037.21 | 0.00 |

**U.A. LOCAL 355 TRUST FUNDS**
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tejeda, O. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jul-04 | 160.00 | 0.00 | 160.00 | 5.84 | 934.40 | 93.44 | 291.29 | 1,319.13 | 0.00 |
| 10 - Yuba City High School No. 2/11 - Pleasant Grove H.S./ Katherine | 1 | Aug-04 | 192.00 | 0.00 | 192.00 | 5.84 | 1,121.28 | 112.13 | 336.97 | 1,570.38 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Sep-04 | 156.50 | 0.00 | 156.50 | 5.84 | 913.96 | 91.40 | 264.75 | 1,270.11 | 0.00 |
| 10 - Yuba City High School No. 2/28 - El Dorado Fire Station #85/11 - Pleasant Grove H.S./ Katherine | 1 | Oct-04 | 108.50 | 0.00 | 108.50 | 5.84 | 633.64 | 63.36 | 176.45 | 873.45 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 1 | Nov-04 | 139.00 | 0.00 | 139.00 | 5.84 | 811.76 | 81.18 | 217.24 | 1,110.18 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Jun-05 | 161.00 | 153.00 | 8.00 | 5.84 | 46.72 | 4.67 | 8.92 | 60.31 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Jul-05 | 248.00 | 240.00 | 8.00 | 6.14 | 49.12 | 4.91 | 8.83 | 62.86 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Sep-05 | 216.00 | 208.00 | 8.00 | 6.14 | 49.12 | 4.91 | 7.74 | 61.77 | 0.00 |
| 11 - Pleasant Grove H.S./ Katherine | 2 | Oct-05 | 145.50 | 154.00 | (8.50) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 52.19 |
| 11 - Pleasant Grove H.S./ Katherine/46 - Founders Landing | 3 | Nov-05 | 160.50 | 168.50 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| 11 - Pleasant Grove H.S./ 51 - Pacific Street Phase IV Improv/35 - Legacy Lane | 3 | Apr-06 | 37.00 | 45.00 | (8.00) | 6.14 | 0.00 | 0.00 | 0.00 | 0.00 | 49.12 |
| 42 - Dixon Multi-Modal Trans. Cntr/49 - Folsom Public Library/34 - Christopherson - Elk Grove/47 - Health Professionals High Schoo | 2 | May-06 | 187.00 | 155.00 | 32.00 | 6.14 | 196.48 | 19.65 | 13.71 | 229.84 | 0.00 |
| | | | 1,911.00 | 1,123.50 | 787.50 | | 4,756.48 | 475.65 | 1,325.90 | 6,558.03 | 150.43 |
| Vargas, C. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jun-04 | 8.00 | 0.00 | 8.00 | 8.32 | 66.56 | 6.66 | 21.50 | 94.72 | 0.00 |
| | | | 8.00 | 0.00 | 8.00 | | 66.56 | 6.66 | 21.50 | 94.72 | 0.00 |
| Vargas, J. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jun-04 | 8.00 | 0.00 | 8.00 | 8.32 | 66.56 | 6.66 | 21.50 | 94.72 | 0.00 |
| | | | 8.00 | 0.00 | 8.00 | | 66.56 | 6.66 | 21.50 | 94.72 | 0.00 |

U.A. LOCAL 355 TRUST FUNDS
Image Landscape, Inc.
Employer #51380
January 1, 2004 through August 31, 2006
[REVISED 06/30/2008]
Summary of Discrepancies

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Villanueva, P. J. C | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jul-04 | 135.00 | 0.00 | 135.00 | 8.77 | 1,183.95 | 118.40 | 369.08 | 1,671.43 | 0.00 |
| 25 - Whitney Oaks/10 - Yuba City High School No. 2 | 1 | Aug-04 | 145.50 | 0.00 | 145.50 | 8.77 | 1,276.04 | 127.60 | 383.48 | 1,787.12 | 0.00 |
| | | | 280.50 | 0.00 | 280.50 | | 2,459.99 | 246.00 | 752.56 | 3,458.55 | 0.00 |
| Yanez, J.F. | | | | | | | | | | | |
| 10 - Yuba City High School No. 2 | 1 | Jul-04 | 151.00 | 0.00 | 151.00 | 8.77 | 1,324.27 | 132.43 | 412.82 | 1,869.52 | 0.00 |
| 10 - Yuba City High School No. 2 | 1 | Aug-04 | 80.00 | 0.00 | 80.00 | 8.77 | 701.60 | 70.16 | 210.85 | 982.61 | 0.00 |
| 10 - Yuba City High School No. 2 | 1 | Sep-04 | 16.00 | 0.00 | 16.00 | 8.77 | 140.32 | 14.03 | 40.65 | 195.00 | 0.00 |
| | | | 247.00 | 0.00 | 247.00 | | 2,166.19 | 216.62 | 664.32 | 3,047.13 | 0.00 |
| Delta Bluegrass | | | | | | | | | | | |
| | 4 | Jan-04 | 92.61 | 0.00 | 92.61 | 8.32 | 770.52 | 77.05 | 290.91 | 1,138.48 | 0.00 |
| | 4 | Feb-04 | 103.11 | 0.00 | 103.11 | 8.32 | 857.88 | 85.79 | 314.90 | 1,258.57 | 0.00 |
| | 4 | Mar-04 | 189.56 | 0.00 | 189.56 | 8.32 | 1,577.12 | 157.71 | 561.23 | 2,296.06 | 0.00 |
| | 4 | Apr-04 | 158.18 | 0.00 | 158.18 | 8.32 | 1,316.07 | 131.61 | 454.06 | 1,901.74 | 0.00 |
| | 4 | May-04 | 122.04 | 0.00 | 122.04 | 8.32 | 1,015.33 | 101.53 | 338.91 | 1,455.77 | 0.00 |
| | 4 | Jun-04 | 140.62 | 0.00 | 140.62 | 8.32 | 1,169.95 | 117.00 | 377.83 | 1,664.78 | 0.00 |
| | 4 | Jul-04 | 176.22 | 0.00 | 176.22 | 8.77 | 1,545.45 | 154.55 | 481.78 | 2,181.78 | 0.00 |
| | 4 | Aug-04 | 155.85 | 0.00 | 155.85 | 8.77 | 1,366.80 | 136.68 | 410.76 | 1,914.24 | 0.00 |
| | 4 | Sep-04 | 144.25 | 0.00 | 144.25 | 8.77 | 1,265.07 | 126.51 | 366.46 | 1,758.04 | 0.00 |
| | 4 | Oct-04 | 179.98 | 0.00 | 179.98 | 8.77 | 1,578.42 | 157.84 | 439.54 | 2,175.80 | 0.00 |
| | 4 | Nov-04 | 170.27 | 0.00 | 170.27 | 8.77 | 1,493.27 | 149.33 | 399.62 | 2,042.22 | 0.00 |
| | 4 | Dec-04 | 183.72 | 0.00 | 183.72 | 8.77 | 1,611.22 | 161.12 | 413.13 | 2,185.47 | 0.00 |
| | 4 | Jan-05 | 227.92 | 0.00 | 227.92 | 8.77 | 1,998.86 | 199.89 | 490.11 | 2,688.86 | 0.00 |
| | 4 | Feb-05 | 155.20 | 0.00 | 155.20 | 8.77 | 1,361.10 | 136.11 | 319.95 | 1,817.16 | 0.00 |
| | 4 | Mar-05 | 97.11 | 0.00 | 97.11 | 8.77 | 851.65 | 85.17 | 190.65 | 1,127.47 | 0.00 |
| | 4 | Apr-05 | 57.23 | 0.00 | 57.23 | 8.77 | 501.91 | 50.19 | 106.91 | 659.01 | 0.00 |
| | 4 | May-05 | 41.02 | 0.00 | 41.02 | 8.77 | 359.75 | 35.98 | 72.60 | 468.33 | 0.00 |
| | 4 | Jun-05 | 43.69 | 0.00 | 43.69 | 8.77 | 383.16 | 38.32 | 73.16 | 494.64 | 0.00 |
| | 4 | Jul-05 | 1,541.91 | 0.00 | 1541.91 | 9.07 | 13,985.12 | 1,398.51 | 2,513.64 | 17,897.27 | 0.00 |
| | 4 | Aug-05 | 48.10 | 0.00 | 48.10 | 9.07 | 436.27 | 43.63 | 73.52 | 553.42 | 0.00 |
| | 4 | Sep-05 | 67.87 | 0.00 | 67.87 | 9.07 | 615.58 | 61.56 | 97.06 | 774.20 | 0.00 |
| | 4 | Oct-05 | 60.22 | 0.00 | 60.22 | 9.07 | 546.20 | 54.62 | 80.00 | 680.82 | 0.00 |

**U.A. LOCAL 355 TRUST FUNDS**
**Image Landscape, Inc.**
**Employer #51380**
**January 1, 2004 through August 31, 2006**
**[REVISED 06/30/2008]**
**Summary of Discrepancies**

| Employee Social Security Number | Discrepancy Type | Work Month | Hours Reportable | Hours Reported | Difference | Fringe Rate | Principal Due | Liquidated Damages | Interest | Total Due | Improper Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delta Bluegrass (Cont.) | 4 | Nov-05 | 1,239.48 | 0.00 | 1239.48 | 9.07 | 11,242.08 | 1,124.21 | 1,524.61 | 13,890.90 | 0.00 |
| | 4 | Dec-05 | 96.34 | 0.00 | 96.34 | 9.07 | 873.80 | 87.38 | 108.71 | 1,069.89 | 0.00 |
| | | | 5,492.50 | 0.00 | 5492.50 | | 48,722.58 | 4,872.29 | 10,500.05 | 64,094.92 | 0.00 |
| | Subtotals | | 30,286.00 | 15,539.00 | 14,747.00 | | $115,059.91 | $11,505.99 | $27,969.86 | $154,535.76 | $2,303.52 |