```
McCARTHY, JOHNSON & MILLER
    LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:     lnord@mjmlaw.us
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 355 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA/NORTHERN NEVADA UTILITY JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 355 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>          Plaintiffs,<br><br>   v.<br><br>IMAGE LANDSCAPE, INC.<br><br>          Defendant.<br>_____ | **No.  CV 08 2122 SC**<br><br>**JUDGMENT BY DEFAULT**<br><br>**Date:  October 3, 2008**<br>**Time:  10:00 A.M.**<br>**Place: Courtroom 1, 17th**<br>       **Floor**<br><br>      **(Proposed)** |

Defendant, Image Landscape, Inc., having failed to plead or otherwise defend in this action:

Now upon application of the plaintiffs and upon declaration that defendant is indebted to plaintiffs for fringe benefit contributions, liquidated damages, interest, attorneys' fees and costs provided for by contract and under 29 U.S.C. §1132(g), that defendant is not an

infant or an incompetent person and is not in the military services of the United States, it is hereby,

ORDERED, ADJUDGED AND DECREED that plaintiffs recover of defendant damages in the amount of $171,733.80, audit fee of $20,944.00, court costs in the amount of $477.00, attorneys' fees in the amount of $5,209.50, or a total of $198,404.30, which sum shall continue to accumulate interest pursuant to 29 U.S.C. §1132(g) at the rate of twelve percent (12%) per annum from October 3, 2008 until paid.

Dated: _____
_____

UNITED STATES DISTRICT JUDGE